UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHERON FRASER-BURGESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:23-cv-01323-JPH-MKK |
| | ) |
| BALL STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this entire matter with prejudice. Each party shall bear its/her own costs and attorneys' fees.

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| */s/ Jason P. Cleveland* | */s/ Scott E. Shockley (w/ permission)* |
| Jason P. Cleveland | Scott E. Shockley |
| CLEVELAND LEHNER CASSIDY | DEFUR VORAN LLP |
| 1901 Broad Ripple Avenue | 400 S. Walnut Street, Suite 200 |
| Indianapolis, IN 46240 | Muncie, IN 47305 |
| (317) 388-5424 | (765) 288-3651 |
| jason@clcattorneys.com | sshockley@defur.com |